THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* DENNIS SZUDY, Defendant-Appellant.

(No. 58433; ▮▮▮▮▮▮▮▮▮▮

First District (4th Division)—July 25, 1973.

Opinion by Mr. PRESIDING JUSTICE BURMAN.

John J. Doherty, Public Defender, of Chicago, (Lee T. Hettinger, Assistant Public Defender, of counsel,) for appellant.

Bernard Carey, State's Attorney, of Chicago, (Kenneth L. Gillis and Patrick Delphino, Assistant State's Attorneys, of counsel,) for the People.